UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                         23-cr-392 (JGK)

MICHAEL BRACKETT,                     ORDER

       Defendant.

---

**JOHN G. KOELTL, District Judge:**

    As stated at the conference held on September 26, 2023, the defendant must file any submission in support of his bail modification request by **September 29, 2023**. The Government's response will be due **October 6, 2023**. A status conference will be held on **November 28, 2023 at 11:00 am**.

    Because a continuance is needed to assure the effective assistance of counsel, to allow the government to make discovery, and for the defendant to determine what motions--if any--the defendant intends to make, the Court prospectively excludes the time from today, **September 26, 2023**, until **November 28, 2023**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
            September 26, 2023

                                                      John G. Koeltl
                                           **United States District Judge**