UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

MICHAEL BRACKETT,

               Defendant.

23-cr-392 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The next conference is scheduled for **February 27, 2024** at **2:30 p.m.**

Because a continuance is needed to assure the effective assistance of counsel, to allow the government to make discovery, to permit defense counsel to review such discovery, and to discuss any potential disposition, the Court prospectively excludes the time from today, **November 28, 2023,** until **February 27, 2024,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
           November 28, 2023

                                             John G. Koeltl
                                      United States District Judge