

646.745.4682
adamfee@paulhastings.com

December 15, 2023

The Hon. John G. Koeltl
United States District Court – Southern District of New York
500 Pearl St.
New York, NY 10007
via ECF

Re:     United States v. Michael Brackett, 23 Cr. 392 (JGK) – Travel Request

Dear Judge Koeltl:

    On behalf of Michael Brackett, we write to ask the Court to give Mr. Brackett permission to travel to Atlanta, Georgia, to visit his grandmother who is gravely ill.

    Currently, Mr. Brackett is required to reside in Maine, where Mr. Brackett is staying at his mother's home.  Mr. Brackett's grandmother is in hospice care in Atlanta, Georgia.  Doctors have informed Mr. Brackett's family that his grandmother is at risk of passing away in the next 24 hours.

    Accordingly, Mr. Brackett respectfully requests that the Court permit him to travel to Atlanta, Georgia to visit her what will likely be one last time.  Pretrial services consents to this request but we have not yet been able to obtain consent from the government.  Mr. Brackett agrees to keep pretrial services apprised of the situation and when he is able to return.

    We are available to provide any further information the Court may require.

Respectfully submitted,

/s/ Adam Fee


Adam Fee of PAUL HASTINGS LLP