UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

MICHAEL BRACKETT,
                          Defendant.
-------------------------------------------------------------------X

23 cr 392 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The conference scheduled for today, Tuesday, February 27, 2024, at 2:30pm, is adjourned to **Tuesday, March 12, 2024, at 11:00am,** before the Honorable John G. Koeltl.

Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **March 12, 2024** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                               **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           February 27, 2024